**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOHNSTOWN DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-70347-JAD |
| Jennifer M Sinclair<br>Edward R Sinclair, Jr | Chapter 13 |
| Debtors. | Judge Jeffery A. Deller |

---

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

---

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                                    5-1
Last 4 Digits of Account Number:    8236

Current Address for Notices:
   Home Point Financial Corporation
   11511 Luna Road, Suite 300
   Farmers Branch, TX 75234

Phone:
Email:

**NEW** Address for Notices (Effective Immediately):
   Home Point Financial Corporation
   11511 Luna Road, Suite 300
   Farmers Branch, TX 75234

Phone:
Email:

Current Address for Payments:
   Home Point Financial Corporation
   PO Box 790309
   St. Louis, MO 63179

Phone:
Email:

**NEW** Address for Payments (Effective Immediately):
   Home Point Financial Corporation
   11511 Luna Road, Suite 300
   Farmers Branch, TX 75234

Phone:
Email:

Respectfully Submitted

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

PITTSBURGH
U.S. BANKRUPTCY COURT
CLERK

2020 JAN 10 A D 44

RECEIVED